IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-MJ-332 |
| | ) | |
| ROHIT JAWA, | ) | Hearing date: July 24, 2015 |
| | ) | |
| Defendant | ) | |
| | ) | |

### SUPPLEMENT TO MOTION TO REVOKE DETENTION ORDER

COMES NOW the Defendant, ROHIT JAWA, by and through his counsel, Kevin Brehm, and hereby supplements his original motion to revoke the detention order entered on June 17, 2015, by a magistrate judge in the Southern District of Ohio, and instead to grant release on bond in this case, to include the following specific conditions:

1.  The bond be co-signed by Rakesh Jawa, the father of Rohit Jawa, and by Harvinder Anand, an old friend of the father, and

2.  The family of Rohit Jawa will pay for the cost of his residing in a furnished apartment in the Alexandria, Virginia area, while his case goes forward, during which time he will be placed under house arrest conditions (allowing for some employment approved by Pretrial Services to pay for incidental expenses such as food), that would include electronic monitoring. He will remain in custody until the apartment is available and electronic monitoring is put in place, and the bond has been co-signed by Rakesh Jawa and Harvinder Anand, at which time Rohit Jawa will be transported directly to that apartment by Pretrial Services or another person designated by Pretrial Services or the Court.

A letter from Rakesh Jawa, the father of Rohit Jawa, and a letter from Harvinder Anand, an old friend of the father, are attached hereto. Unredacted copies of those letters have been provided to Pretrial Services and government counsel.

For the reasons set forth in the original Motion, Mr. Jawa respectfully requests that this Court set the specific conditions identified above for his release on bond, along with any other standard conditions deemed necessary.

Respectfully submitted,

ROHIT JAWA

By Counsel,

Geremy Kamens,
Acting Federal Public Defender

By: _____/s/_____
Kevin Brehm
Assistant Federal Public Defender
VA Bar number 82895
Attorney for Rohit Jawa
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0825
703-600-0880 (fax)
kevin_brehm@fd.

CERTIFICATE OF SERVICE

       I hereby certify that on the 23rd day of July, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Whitney Russell, Esq.
Assistant U.S. Attorney
2100 Jamieson Ave.
Alexandria, Virginia, 22314
(703) 299-3700
(703) 299-3982 (facsimile)
whitney.russell@usdoj.gov

                                                   /s/
                                       Kevin Brehm
                                       Assistant Federal Public Defender
                                       VA Bar number 82895
                                       Attorney for Rohit Jawa
                                       Office of the Federal Public Defender
                                       1650 King Street, Suite 500
                                       Alexandria, Virginia 22314
                                       703-600-0825
                                       703-600-0880 (fax)
                                       kevin_brehm@fd.org